40 So.3d 789 (2010)
Lynnia COHEN, Appellant,
v.
Edward COHEN, Appellee.
No. 3D09-776.
District Court of Appeal of Florida, Third District.
June 30, 2010.
Rehearing Denied August 16, 2010.
Amy D. Shield, Boca Raton, for appellant.
Leinoff & Lemos and Andrew Leinoff, South Miami; Greene Smith & Associates, and Cynthia L. Greene, Miami, for appellee.
Before GERSTEN, SHEPHERD and SALTER, JJ.
PER CURIAM.
Affirmed. See Weisfeld-Ladd v. Estate of Ladd, 920 So.2d 1148 (Fla. 3d DCA 2006).